# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

FRANCISCO RODRIGUEZ-MACIAS
RAFAEL ROJAS-REYES
FRANCISCO TOLEDO-SANTOS
a/k/a Chiapas
MERATH MORA-CHAVEZ
OSCAR MACIAS

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:16-mj-00375
-01
-02
-03

-04
-05

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From the time unknown to the present, in Marion County and elsewhere, in the Southern District of Indiana, defendants did,

Count 1: conspire to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 846.

I further state that I am a special agent, and that this complaint is based on the following facts:

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

_____
Special Agent, Matthew W. Holbrook, DEA

**Sworn to before me, and subscribed in my presence**

May 27, 2016
**Date**

at   Indianapolis, Indiana

Denise K. LaRue, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

(confidential sources), and others who have knowledge both of the distribution and transportation of controlled substances and also of the laundering and concealing of proceeds from drug trafficking. I have reviewed numerous investigative reports and interviews related to the possession, manufacture, and delivery of, including possession with intent to deliver, controlled substances. I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances and their use of telephones and code language to conduct their transactions. I am familiar with and have participated in all of the normal methods of investigation, including, but not limited to, visual surveillance, the general questioning of witnesses, the use of informants, the use of pen registers, and undercover operations. I have had conversations with drug traffickers concerning their methods of operation in the course of investigative interviews and have participated in the execution of numerous search warrants relating to illegal drug trafficking. My experience and training enable me to recognize methods and means used for the distribution of controlled substances and for the organization and operation of drug conspiracies, including the means employed to avoid detection.

2.   This affidavit is being submitted in support of a criminal complaint for charging Rafael Rojas-Reyes (XX-XX-1980), Merath Mora-Chavez (XX-XX-1985), Francisco Toledo-Santos a/k/a "Chiapas," (XX-XX-1987) Francisco Rodriguez-Macias (XX-XX-1973), and Oscar Macias (XX-XX-1994) with conspiracy to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 846.

3.   I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other agents of the DEA, IRS-CID, the Metropolitan Drug Task Force (MDTF),

and other law enforcement, from my discussions with witnesses involved in the investigation, and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another Special Agent, Task Force Officer, law enforcement officer, or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated.

4. **"Target Phone I"** is a cellular telephone assigned to International Mobile Subscriber Identifier ("IMSI") 310260631758751 and using telephone number (317) 653-7041, subscribed to Franisco Rodriguez-Macias, at 123 abc drive, Indianapolis, Indiana, with service provided by T-Mobile, 4 Sylvan Way, Parsippany, New Jersey 07054. The user of **Target Phone I** has been identified as Francisco Rodriguez-Macias.

5. On March 28, 2016, United States District Court Judge Tanya Walton Pratt issued an Order authorizing DEA to intercept wire and electronic communications of **Target Phone I** for a period of thirty (30) days. DEA initiated the wire and electronic surveillance over **Target Phone I** on March 28, 2016 and suspended it on April 26, 2016. On April 27, 2016, Judge Pratt issued an Order authorizing DEA to continue to intercept wire and electronic communications of **Target Phone I**. DEA resumed the wire and electronic surveillance of **Target Phone I** on May 2, 2016 and terminated the wire and electronic surveillance on May 25, 2016.

6. On April 27, 2016, an Indianapolis Metropolitan Drug Task Force (MDTF) Confidential Source ("CS") placed a series of recorded calls to telephone number (317) 832-8595, a cellular telephone used by Rafael Rojas-Reyes. During the first recorded conversation, the CS ordered one pound of methamphetamine from Rojas-Reyes. Rojas-Reyes told the CS he

would call and check to see if someone could bring him/her the pound of methamphetamine. A few minutes later, the CS received a call from Rojas-Reyes who indicated he would have someone deliver the methamphetamine to the CS. Approximately forty-five minutes later, Rojas-Reyes told the CS that someone would be arriving in approximately five minutes to deliver the pound of methamphetamine.

7. On April 27, 2016, at approximately 9:28 p.m., DEA TFO Andy Jury observed a Kia Soul bearing Indiana license plate number VYE569, registered to Cecilia Rivera and Oscar Macias at 614 Gipper Way East, Apt. F, Avon, Indiana, arrive at the meet location. At approximately 9:29 p.m., TFO Jury observed the CS enter the Kia Soul and meet with a Hispanic male later identified as Oscar Macias[1]. At approximately 9:30 p.m., TFO Jury observed the CS exit the Kia Soul. Both the CS and the Kia Soul departed the area separately. After parting ways with Macias, the CS met with law enforcement at a pre-determined meet location. The CS immediately relinquished custody of the methamphetamine and was again searched for contraband with negative results. The CS also turned over the recording equipment used during the transaction. The substance later field tested positive for approximately 450.3 grams of methamphetamine. Finally, the CS indicated that he/she had received the methamphetamine from Macias inside of the Kia Soul at the meet location. Law enforcement officers reviewed the audio recording of the meeting between the CS and Macias. The recording corroborated the CS' account of the transaction.

8. On May 5, 2016, at approximately 1:57 p.m., agents met with the CS at a pre-determined location with the purpose of making a payment to Rojas-Reyes for the methamphetamine previously fronted to the CS on April 27, 2016. At that time, in the presence

---

[1] Prior to meeting with Macias, the CS was searched for contraband with negative results and equipped with an audio recording device.

of law enforcement officers, the CS placed a consensually recorded call to telephone number (317) 832-8595. During the call, the CS and Rafael Rojas-Reyes arranged to meet in the parking lot of the El Pastorcito restaurant, located near Mickley Avenue and Rockville Road in Indianapolis, Indiana. At approximately 2:41 p.m., Det. Locke, Det. Soria, and this affiant searched the CS' vehicle. No contraband or currency was found during this search. At approximately 2:44 p.m., law enforcement officers searched the CS' person. No contraband or currency was found during this search. At approximately 2:52 p.m., this affiant provided the CS with $11,500 in currency to pay to Rojas-Reyes during their meeting.

9. On May 5, 2016, at approximately 3:09 p.m., MDTF Det. Jeff Sequin observed Rafael Rojas-Reyes and an unidentified Hispanic male exit 611 Gipper Way East, Avon, Indiana, and enter a white Ford Focus. The Ford Focus then departed the complex. At approximately 3:12 p.m., MDTF Sgt. Scott Brimer observed the CS' vehicle arrive at the parking lot of the El Pastorcito restaurant. At approximately 3:19 p.m., this Affiant and Sgt. Brimer observed the white Ford Focus arrive on the El Pastorcito parking lot. At approximately 3:20 p.m., Sgt. Brimer observed Rojas-Reyes exit the driver's seat of the Ford Focus and enter the front passenger seat of the CS' vehicle. According to the CS, he/she provided Rojas-Reyes with the $11,500.00 OAF for the previously fronted methamphetamine. The CS and his/her vehicle were again searched by law enforcement officers for contraband following this transaction. The officers did not find any contraband or currency, including the $11,500 that this affiant had given to the CS before the transaction. At this time, this affiant and Det. Locke retrieved all audio/video recording devices from the CS and his/her vehicle. Law enforcement officers reviewed the audio recording of the meeting between Rojas-Reyes and the CS. The recording confirmed the CS' account of the transaction.

10. On May 25, 2016, at approximately 11:03 a.m., **Target Phone I** placed an outgoing call to cellular telephone number (317) 403-9285. During the ensuing conversation, Francisco Toledo-Santos asked Francisco Rodriguez-Macias, "How much do you need?" Rodriguez-Macias replied, "Three. Three. Two or three. Probably three." Toledo-Santos replied, "Uh..." Rodriguez-Macias then asked, "Six and a half or how much?" Toledo-Santos then said, "Uh...seven, because that one is good that's what they said." Rodriguez-Macias then said, "Okay. So seven?" Toledo-Santos then said, "For sure." Rodriguez-Macias then told him, "Okay. Have three ready, I already gave a number. I gave a number already. They are going to tell me in the afternoon so when they're ready so we can just take them." Toledo-Santos then said, "It's set." Based upon this affiant's investigation, this affiant believes that this conversation involves Rodriguez-Macias ordering three pounds of methamphetamine from Toledo-Santos. Also during the conversation, Toledo-Santos told Rodriguez-Macias the price per pound of methamphetamine would be $7,000 ("seven"). Rodriguez-Macias then told Toledo-Santos to have the three pounds ready and they will deliver them to the customer in the afternoon.

11. On May 25, 2016, at approximately 2:04 p.m., **Target Phone I** received an incoming call from telephone number (317) 403-9285. During the ensuing conversation, Merath Mora-Chavez directed Francisco Rodriguez-Macias, "Listen?" Rodriguez-Macias said, "Tell me." Mora-Chavez asked, "Can you trust those people?" Rodriguez-Macias replied, "Yes. I have been tossing my stuff to her all the time. My stuff." Mora-Chavez asked, "Yes," then asked, "Listen, you're not...you're not a police?" Rodriguez-Macias replied, "No, not at all." Mora-Chavez asked, "Snitch?" Rodriguez-Macias replied, "No, no." Later in the conversation Mora-Chavez asked, "Huh. And of these glasses, how many does she want? Or what?" Rodriguez-Macias replied, "Three. Three confirmed." Mora-Chavez then stated later in the call,

"Yeah. Okay, then. Well, what and what time? Right now we look for a house to see. I will call a friend. He works in an auto shop. He's normal." Rodriguez-Macias then said, "Yes. Yes." Based upon this affiant's investigation, this affiant believes that this conversation involves \Mora-Chavez using Francisco Toledo-Santos' phone to speak with Rodriguez-Macias about the pending three pound methamphetamine transaction. During the conversation Mora-Chavez inquired whether Rodriguez-Macias was a police officer or an informant ("snitch") and confirmed Rodriguez-Macias wanted three pounds of methamphetamine for his customer. Mora-Chavez then told Rodriguez-Macias she would locate a house to conduct the transaction, possibly owned by a friend who works in an "auto shop."

12.   On May 25, 2016, at approximately 2:40 p.m., **Target Phone I** received an incoming text message from telephone number (317) 969-0948. The text message read, "2855 w ray st." Based upon this affiant's investigation, this affiant believes that this text message involves Francisco Toledo-Santos advising Francisco Rodriguez-Macias that they would use the residence (2855 W. Ray Street) as a meet location to conduct the three-pound methamphetamine transaction.

13.   On May 25, 2016, at approximately 2:42 p.m., TFO Jury observed Francisco Toledo-Santos and Merath Mora-Chavez exit 3454 Marabou Mills Place, Indianapolis, Indiana. TFO Jury observed Francisco Toledo-Santos carrying a bag containing a suspected shoe box. Both Francisco Toledo-Santos and Merath Mora-Chavez entered a white Ford Fusion.[2] At approximately 2:45 p.m., MDTF Jeff Sequin observed Francisco Rodriguez-Macias exit his residence located at 4034 Gateway Court, Indianapolis, Indiana, and enter a silver BMW sedan. Francisco Rodriguez-Macias then departed in his BMW. At the time when both the white Ford

---

[2] The Ford Fusion has been observed being driven by Rafael Rojas-Reyes and parked in front of his residence located at 611 Gipper Way East, Avon, Indiana.

Fusion and the silver BMW appeared like they were driving in the direction of the 2855 W. Ray Street residence, case agents elected to have the vehicles traffic stopped.

14. On May 25, 2016, at approximately 3:00 p.m., IMPD Interdiction Officers conducted a traffic stop on the white Ford Focus. At the time of the traffic stop, Merath Mora-Chavez was driving the vehicle and Francisco Toledo-Santos was the passenger. Neither Mora-Chavez nor Toledo-Santos had valid driver's licenses. During a search of the vehicle, officers recovered a bag containing a shoe box that further contained approximately three pounds of suspected methamphetamine. At the time of the stop, the shoe box was sitting in between Francisco Toledo-Santo's legs. After the three pounds of suspected methamphetamine were recovered, Mora-Chavez, Toledo-Santos, and Rodriguez-Macias were all taken into custody.

15. On May 25, 2016, at approximately 4:35 p.m., law enforcement officers executed a federal search warrant at 3454 Marabou Mills Place, Indianapolis, Indiana. During a search of the residence, agents recovered approximately twelve pounds of suspected methamphetamine, digital scales, multiple cellular phones, packaging materials, and multiple fictitious Social Security cards. The seized substance field tested positive for the presence of methamphetamine.

16. Based upon the above numbered paragraphs, I believe from my training and experience that probable cause exists to charge Rafael Rojas-Reyes, Merath Mora-Chavez, Francisco Toledo-Santos a/k/a "Chiapas," Francisco Rodriguez-Macias, and Oscar Macias with the offense of conspiracy to distribute 500 grams of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 846.

Matthew W. Holbrook, Special Agent
Drug Enforcement Administration

Sworn to before me this 27th day of May, 2016

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana